

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00663-CV

**IN THE INTEREST OF C.J.,JR**., a child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02667
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED. The brief is deemed filed.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court